IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03059-PAB-CBS

UNION PACIFIC RAILROAD COMPANY,
    Plaintiff,
v.

COLORADO & WYOMING RAILWAY COMPANY,
    Defendant.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the parties' "Stipulated Motion for Leave to Amend Complaint" (filed March 21, 2012) (Doc. # 12).  Pursuant to the Order of Reference dated November 29, 2011 (Doc. # 2) and the memorandum dated March 22, 2012 (Doc. # 13), this matter was referred to the Magistrate Judge.  The court having reviewed the Motion, the tendered Amended Complaint (Doc. # 12-1), the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    The parties' "Stipulated Motion for Leave to Amend Complaint" (filed March 21, 2012) (Doc. # 12) is GRANTED.

    2.    The tendered Amended Complaint (Doc. # 12-1) is accepted for filing as of the date of this Order.

    DATED at Denver, Colorado this 23rd day of March, 2012.

                            BY THE COURT:

                              s/ Craig B. Shaffer
                              United States Magistrate Judge